McEVOY, Respondent, v. SOCIÉTÉ ANONYME, etc., Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by William J. McEvoy against the Société Anonyme, etc. F. Seymour, for appellant. R. Franklin, for respondent. No opin-

ion. Order affirmed, with $10 costs and disbursements. Order filed.